LAW OFFICES OF BILL LATOUR
JESSICA WARREN [CSBN: 257274]
 1420 E. Cooley Dr., Suite 100
 Colton, California 92324
 Telephone: (909) 954-2380
 Facsimile: (909) 796-3402
 E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA –WESTERN DIVISION

| | |
|---|---|
| RONNIE GORDON, lll, Plaintiff, ) | No: 2:23-cv-05510-DFM |
| ) | |
| v. ) | ORDER AWARDING EAJA FEES |
| ) | |
| KILOLO KIJAKAZI, Acting Commissioner ) of Social Security, ) | |
| ) | |
| Defendant. ) | |

 Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

 IT IS ORDERED that EAJA attorney fees are awarded in the amount of TWO THOUSAND NINTY FIVE DOLLARS AND 89/100 ($2,095.89). and zero costs ($0.00), subject to the terms of the stipulation.

DATE: November 8, 2023   _____
              HON. DOUGLAS F. MCCORMICK
              UNITED STATES MAGISTRATE JUDGE